**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DANNY GONZALES,**

    **Plaintiff,**

**vs.**                                               **4:04cv509-WS/WCS**

**T.P.D. OFFICER HEATH SPOERL,**

    **Defendant.**

_____/

**O R D E R**

    This case has been closed.  Judgment was entered on June 22, 2005.  Doc. 25.  In an order entered in December of 2005, Plaintiff, *pro se*, was ordered not to file anything further in this case.  Doc. 27.  Despite that clear order, Plaintiff has filed a "request for documents."  Doc. 29.  Should Plaintiff wish to receive any copies of documents filed in this closed case, or any other case, Plaintiff must submit the appropriate payment to the Clerk of the Court.  Any request for documents shall be directed to the Clerk's office and **shall not** be filed in this case.  The Clerk's office will provide Plaintiff with the amount due depending on the number of pages he is requesting.  In light of the prior order, Plaintiff's motion requesting copies of documents is denied.

Accordingly, it is

**ORDERED:**

1. Plaintiff's request for documents, doc. 29, is **DENIED**.

2. Plaintiff shall not file anything further in this case as it was dismissed on **June 21, 2005**.  See docs. 24, 27.

3. The Clerk shall provide this Order to Plaintiff at the address he provided on the motion, doc. 29, along with a copy of the prior court order, doc.27.

**DONE AND ORDERED** on March 10, 2006.

> s/    William C. Sherrill, Jr.
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**